# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| INMATE #: _____ | CASE NUMBER |
|---|---|
| ROBERT GEORGE HOGARTH | EDCV 22-1809 DSF (MAR) |
| **PETITIONER** | |
| v. | **ORDER ON REQUEST TO PROCEED** |
| THOMAS P. GILES, et al. | ***IN FORMA PAUPERIS*** |
| | **(HABEAS)** |
| **RESPONDENT(S)** | |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that Petitioner:

☐ is not able to pay the filing fee.   ☒ is able to pay the filing fee.

☐ has not submitted enough information for the Court to tell if Petitioner is able to pay the filing fee. This is what is missing:

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that Petitioner may provide additional information.

☒ The Request is DENIED because Petitioner has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because in screening the Petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court finds that it plainly appears that Petitioner is not entitled to relief in the district court.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, Petitioner must do the following:

Pay the filing fee

If Petitioner does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it plainly appears that Petitioner is not entitled to relief in the district court, this case is hereby DISMISSED: ☐ WITHOUT PREJUDICE  ☐ WITH PREJUDICE.

11/28/2022 _____    _____Dale S. Fischer_____
Date                                United States District Judge