UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. HOGARTH,<br><br>                Petitioner,<br><br>                v.<br><br>THOMAS P. GILES, ET AL.,<br><br>                Respondent. | Case No. 5:22-cv-01809-DSF (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the Report to which Respondents have objected.

     The Court overrules Respondents' objections, except as to their objection to part III.C of the Report and Recommendation.  The Court declines to dictate any burden for a bond hearing at this stage.  Should a bond hearing contemplated by this order occur, the parties may freely advocate for their positions on the respective burdens as required by law before the Immigration Judge ("IJ"), who may decide the issue in the first instance.  In all other regards, the Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** that, within sixty (60) days of the date of this order, Respondents shall provide Petitioner with an individualized bond hearing before an IJ with the required procedural protections, or release Petitioner if they fail to hold the bond hearing.

IT IS SO ORDERED.

DATED: February 23, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE