JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. HOGARTH, | Case No. 5:22-cv-01809-DSF (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| THOMAS P. GILES, ET AL., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **GRANTED**. Within sixty (60) days of the date of this order, Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge with the required procedural protections, or release Petitioner if they fail to hold the bond hearing.

DATED: February 23, 2023

_Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE