UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. HOGARTH,<br><br>　　　　Plaintiff-Petitioner,<br><br>　　v.<br><br>THOMAS P. GILES, Field Office Director, Los Angeles Field Office, U.S. Immigration and Customs Enforcement; TAE D. JOHNSON, Acting Director, U.S. Immigration and Customs Enforcement; and ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, MERRICK B. GARLAND, Attorney General, U.S. Department of Justice,<br><br>　　　　Defendants-Respondents. | Case No.: 5:22-cv-01809-DSF-MAR<br><br>**ORDER GRANTING STIPULATION TO STAY BRIEFING WITH REGARDS TO PLAINTIFF-PETITIONER'S MOTION FOR ATTORNEYS' FEES PURSUANT TO THE EAJA** |

**Order**

Based on the Parties' Stipulation to Stay Briefing With Regards to Plaintiff-Petitioner's Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d):

1. Further briefing with regards to Plaintiff-Petitioner's motion for attorneys' fees pursuant to the EAJA, shall be **STAYED** while the Parties engage in good-faith settlement discussions to resolve the attorneys' fees at issue.
2. If settlement cannot be reached through mediation and a contested fee application is necessary, the Parties shall inform the Court.
3. In the event that a contested fee application is necessary, the Parties shall propose a briefing schedule that enables Plaintiff-Petitioner to alter or supplement his motion with additional supporting documentation, and argument, as well as evidence of the Parties' compliance with this Court's standing order regarding submission of a contested fee application, provides Defendants-Respondents an opportunity to respond, and ensures Plaintiff-Petitioner may file a reply.

**IT IS SO ORDERED**.

Dated: May 23, 2023

*Dale S. Fischer*
Dale S. Fischer
United States District Judge

1